# SENTENCING MINUTES

Date: **04/01/2022**  
Judge: **LIAM O'GRADY**  
Reporter: S. Wallace  
Time: 9:21 a.m. – 9:45 a.m. (00:24)  
Case Number: **1:19cr282-2**  
Interpreter/Language: Miriam Deutsch/Spanish

UNITED STATES OF AMERICA

Counsel/Govt: Anthony Aminoff

v.

**JOSE MARIA FRAGOSO D'ACUNTI**

Counsel/Deft: Gregory Hunter

Court adopts PSI ( **X** )   without exceptions ( **X** )   with exceptions:

**SENTENCING GUIDELINES:**   Court departs from Guidelines pursuant to:
- Offense Level: 39 — __ USSG 5H1.4
- Criminal History: I — __ USSG 5K1.1
- Imprisonment Range: 262 to 327 months — __ USSG 5K2.12
- Supervised Release Range: 5 years — __ USSG 5C1.2
- Fine Range: $50,000.00 to $10,000,000.00 — Other: _____
- Restitution $ N/A
- Special Assessment $100

**JUDGMENT OF THE COURT:**
BOP for 144 months w/credit for time served since date of arrest of 01/14/2020.
Supervised Release for 5 Years, with special conditions:   ( **X** ) Yes   ( ) No
No punitive fines/costs of incarceration imposed.
Special Assessment $100
- Defendant advised of appeal rights
- Motion to Dismiss remaining counts of Indictment and proposed Order to be filed by the Government.

**SPECIAL CONDITIONS**:
1. As a condition of supervised release, upon completion of his Term of imprisonment, the defendant is to be surrendered to a duly-authorized immigration official of the Department of Homeland Security United States Immigration and Customs Enforcement for a deportation review in accordance with established procedures provided by the Immigration and Nationality Act, 8 U.S.C. 1101 et seq. As a further condition of supervised release, if ordered deported, the defendant shall remain outside the United States.

If the defendant is not deported, the following special condition is recommended:

2. The defendant shall provide the probation officer access to any requested financial information.

**RECOMMENDATIONS to BOP**:
- **X** Dft. To be designated to: FCI Edgefield, FCI Estill, FCI Jesup, FCI Talladega, or, a facility as close to the Atlanta, Georgina area as possible
- ___ Dft. designated to facility to participate in ICC (Boot Camp) type program
- ___ Dft. to participate in 500 hr Residential Drug Abuse Treatment Program (RDAP)
- ___ Other:

Deft: ( **X** ) Remanded   ( ) Cont'd on Bond to Self-Surrender   ( ) Referred to USPO   ( ) Immediate Deportation